JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAN HUANG,<br><br>    Petitioner,<br><br>  v.<br><br>BRIAN BIRKHOLZ,<br><br>    Respondent. | Case No. 2:24-cv-09187-HDV-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: __3/11/2025_____

_____
HON. HERNAN D. VERA
UNITED STATES DISTRICT JUDGE